**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

KIMBERLY M. GRECO,

        Petitioner

        v.

MYERS COACH LINES, INC., AND A.J.
MYERS & SONS, INC.,

        Respondents

: No. 479 WAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

      **AND NOW**, this 14th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.